No. 409. BALTIMORE TRANSFER CO. ET AL. *v.* INTERSTATE COMMERCE COMMISSION ET AL. Appeal from the United States District Court for the District of Maryland. *Per Curiam:* The motion to affirm is granted and the

judgment is affirmed. *James J. Doherty* and *William Hoffenberg* for appellants. *Acting Solicitor General Stern* and *Edward M. Reidy* for the United States and the Interstate Commerce Commission, appellees.